```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CHRISTINE MARIE TEIFKE, individually and on                            :
behalf of all others similarly situated,                               :
                                                                       :         21-CV-1589 (JMF)
                                   Plaintiff,                          :
                                                                       :         ORDER REGARDING
              -v-                                                      :         NOTICE TO PURPORTED
                                                                       :         PLAINTIFF CLASS
EBIX, INC., et al.,                                                    :         MEMBERS
                                                                       :
                                   Defendants.                         :
                                                                       :
-----------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

      On February 22, 2021, Plaintiff filed a putative class action on behalf of all persons and entities that purchased or otherwise acquired Ebix, Inc. securities between November 9, 2020 and February 19, 2021, inclusive, and who were damaged thereby, excluding Defendants, the officers and directors of Ebix Inc., at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest. ECF No. 1. ("Compl."), ¶ 22. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

      Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

      It is hereby ORDERED that **no later than March 15, 2021**, Plaintiff shall advise the Court in writing of the date and manner in which she published this notice.

      SO ORDERED.

Dated: February 23, 2021             _____
      New York, New York                  JESSE M. FURMAN
                                                                                  United States District Judge