UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CHRISTINE MARIE TEIFKE, *individually and on behalf of all others similarly situated*,

                                                Plaintiff,

                        -v-

EBIX, INC., et al.,

                                                Defendants.
------------------------------------------------------------------X

21-CV-1589 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

      The conference scheduled for **May 13, 2021** at **12:00 p.m.** will be held by remotely by teleconference. At least **twenty-four hours before the conference**, counsel shall send a joint email to the Court with the names and telephone numbers of those who will have speaking roles at the conference, and the Court will provide call-in information to those counsel. All others — counsel who will not have speaking roles and members of the public — may listen to the conference by calling the Court's dedicated conference call line at (888) 363-4749 and using access code 542-1540 followed by the pound (#) key. The parties are reminded to follow the procedures for teleconferences described in the Court's Emergency Individual Rules and Practices in Light of COVID-19, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman.

      SO ORDERED.

Dated: May 3, 2021
       New York, New York

                                                          _____
                                                              JESSE M. FURMAN
                                                       United States District Judge