UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE MARIE TEIFKE, Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>v.<br><br>EBIX, INC., ROBIN RAINA, and STEVEN M. HAMIL<br><br>       Defendants. | Case No. 1:21-cv-01589-JMF<br><br>CLASS ACTION<br><br>Hon. Jesse M. Furman<br>Courtroom 1105 |

## [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the motion of Movant Dr. Rahul Saraf ("Movant") for appointment as Lead Plaintiff and approval of selection of Berger Montague PC ("Berger Montague") as Lead Counsel and Calcaterra Pollack LLP ("Calcaterra Pollack") as Local Counsel (the "Motion"), IT IS HEREBY ORDERED THAT:

1. The Motion is granted as unopposed.

2. This Order (the "Order") shall apply to these Actions and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and is consolidated with the Action.

3. Each new case that arises out of the subject matter of this Action and is filed in this Court or transferred to this Court shall be consolidated with this Action and this Order shall apply thereto, unless a party objecting to this Order or any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, files an application for relief from this Order or any provision herein and this Court deems it appropriate

to grant such application.

4. Unless otherwise ordered by this Court, future filings in any related class action case herein consolidated shall be filed and docketed only under docket number 1:21-cv-01589-JMF.

5. Movant Dr. Rahul Saraf is appointed to serve as Lead Plaintiff in the Action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

6. Movants' selection of Berger Montague as Lead Counsel and Calcaterra Pollack as Local Counsel for the Class is approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v). Lead Counsel shall have the authority to speak for all Plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement. Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort. Additionally, Lead Counsel shall have the following responsibilities:

    A. to brief and argue motions;

    B. to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

    C. to direct and coordinate the examination of witnesses in depositions;

    D. to act as spokesperson at pretrial conferences;

    E. to consult with and employ experts;

    F. to receive and review periodic time reports of all attorneys on behalf of Plaintiffs, to determine if the time is being spent appropriately and for the benefit of Plaintiffs, and to determine and distribute Plaintiffs' attorneys' fees;

    G. to initiate and conduct any settlement negotiations with Defendants' counsel; and

H.  to perform such other duties as may be expressly authorized by further order of this Court.

**IT IS SO ORDERED.**

DATE: May 11, 2021

UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

In light of their non-opposition or withdrawal, ECF Nos. 24-28, the lead plaintiff motions filed by Harvey Rackmil, Teamsters Local 237 Additional Security Benefit Fund and Teamsters Local 237 Supplemental Fund for Housing Authority Employees, Christine Marie Teifke and Javier Calvo, and Duane Porch, are DENIED.

The conference currently scheduled for May 13, 2021 is CANCELED.

Lead Plaintiff and Lead Counsel shall file any amended complaint **no later than thirty days from the date of this Order.**

Defendants shall file an answer (or otherwise respond to the operative complaint) **no later than sixty days from the date of this Order.**

The Clerk of Court is directed to terminate ECF Nos. 8, 11, 14, 17, and 19.