# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTINE MARIE TEIFKE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>EBIX, INC. ROBIN RAINA, and STEVEN M. HAMIL,<br><br>　　　　　　　　　　Defendants. | Case No. 1:21-cv-01589-JMF<br><br>CLASS ACTION<br><br>**MOTION TO WITHDRAW COUNSEL PURSUANT TO LOCAL RULE 1.4** |

**TO: ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 1.4, movant Duane Porch hereby respectfully moves this Court for an Order permitting withdrawal of appearance of Nathaniel A. Tarnor in the above-captioned action. On May 11, 2021, this Court appointed Dr. Rahul Saraf as Lead Plaintiff, Berger Montague PC as Lead Counsel and Calcaterra Pollack LLP as Local Counsel in this case (ECF No. 30). Mr. Porch has no further role in this case, other than as a putative class member, and consents to the withdrawal of Mr. Tarnor. Accordingly, Mr. Tarnor requests that his withdrawal as counsel be granted and he be removed from this action's electronic case filing (ECF) service list.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED:  May 12, 2021　　　　　　　　　HAGENS BERMAN SOBOL SHAPIRO LLP

　　　　　　　　　　　　　　　　　　　　By  */s/ Nathaniel A. Tarnor*
　　　　　　　　　　　　　　　　　　　　　　　NATHANIEL A. TARNOR

　　　　　　　　　　　　　　　　　　　　322 8th Avenue, Suite 802
　　　　　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 752-5455
　　　　　　　　　　　　　　　　　　　　Facsimile:  (917) 210-3980

nathant@hbsslaw.com

Reed R. Kathrein
Lucas E. Gilmore
Danielle Smith
Wesley A. Wong
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
danielles@hbsslaw.com
wesleyw@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Counsel for Duane Porch*

**IT IS SO ORDERED**.

DATE: _____          _____
                                          HON. JESSE M. FURMAN
                                          U.S. DISTRICT JUDGE

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that I am the ECF User whose ID and password are being used to electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses registered, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

*/s/ Nathaniel A. Tarnor*
NATHANIEL A. TARNOR
