UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RAHUL SARAF, *individually and on behalf of all others similarly situated,*

      Plaintiff,

  -v-

EBIX, INC., et al.,

      Defendants.

------------------------------------------------------------X

21-CV-1589 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

  On February 22, 2021, Christine Teifke filed the complaint in this putative class action lawsuit. ECF No. 1. On May 11, 2021, the Court appointed Rahul Saraf as Lead Plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3)(B). ECF No. 30.

  Accordingly, the Clerk of Court is directed to update the docket to reflect the appointment of Saraf as lead plaintiff, to conform the docket to the caption of this Order.

  SO ORDERED.

Dated: May 19, 2021
   New York, New York

                   _____
                    JESSE M. FURMAN
                    United States District Judge