UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                :

RAHUL SARAF, *individually and on behalf of all others*  :
*similarly situated*,
                                :

                Plaintiff,       :

                                :

       -v-                  :          21-CV-1589 (JMF)

                                :

EBIX, INC., et al.,
                                :

              Defendants.    :

-------------------------------------------------------------------- X
                                :

JAVIER CALVO, *derivatively on behalf of Nominal*  :
*Defendant Ebix, Inc.*,
                                :

                Plaintiff,     :

                                :          21-CV-4380 (JMF)

       -v-                  :

                                :

ROBIN RAINA, et al.,
                                :

              Defendants.    :

-------------------------------------------------------------------- X

JESSE M. FURMAN, United State District Judge:

On May 20, 2021, the Court accepted *Calvo v. Raina*, No. 21-CV-4380, as related to *Saraf v. Ebix, Inc.*, No. 21-CV-1589.

In the interests of judicial economy, counsel for the parties in both cases are directed to confer with one another and, no later than **June 11, 2021**, to submit a joint letter addressing the parties' positions on how the Court should proceed with the new case, including whether the cases should be consolidated, *see* Fed. R. Civ. P. 42; whether there is a need for a conference to discuss coordination of the two cases (or anything else); and anything else the parties think appropriately bears on the Court's management of the cases going forward.

      SO ORDERED.

Dated: May 21, 2021
      New York, New York                 _____
                                       JESSE M. FURMAN
                                     United States District Judge