Application GRANTED.  The Clerk of Court is directed to terminate ECF No. 51.  SO ORDERED.

July 6, 2021



**BARBARA A. PODELL** / *SHAREHOLDER*
d 215.875.4690 | bpodell@bm.net

July 6, 2021

**BY ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

    Re:  *Saraf v. Ebix, Inc., et al.*, Civil Action No. 1:21-cv-01589-JMF

Dear Judge Furman,

Pursuant to the Court's Individual Rules and Practices in Civil Cases, Rule I.E, I am writing on behalf of Lead Plaintiff Dr. Rahul Saraf and the proposed class to request a 14 day extension of the July 9, 2021 deadline for filing a consolidated amended complaint ("Complaint"), to July 23, 2021.

There was one previous extension. The original deadline was June 10, 2021, ECF No. 30. The current July 9, 2021 deadline was set by Order dated May 21, 2021, ECF No. 39. The reason for the requested extension is that the Covid-19 pandemic continues to have a substantial and widespread impact in India where significant facts underlying the Plaintiff's pending claims occurred. *See Teifke v. Ebix, Inc., et al.*, ECF No. 1. The state of the pandemic in India has, in turn, constrained and delayed the work of counsel on matters relating to India. Counsel for all Defendants consent to Plaintiff's request for this extension until July 23, 2019.

There are no scheduled appearances before the Court.

Respectfully,

Barbara A. Podell

Barbara A. Podell

cc:  All counsel of record

1818 MARKET STREET, SUITE 3600
PHILADELPHIA, PA 19103
215.875.3000 | *BERGERMONTAGUE.COM*