UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                            :

PETER VOTTO, *derivatively on behalf of EBIX, Inc.*,   :

                  Plaintiff,   :

                          :       21-CV-5982 (JMF)

        -v-         :

ROBIN RAINA, et al.,   :

                  Defendants.   :

------------------------------------------------------------------------X

JESSE M. FURMAN, United State District Judge:

     Earlier today, the Court accepted *Votto v. Raina*, No. 21-CV-5982, as related to *Calvo v. Raina*, No. 21-CV-4380. *Calvo v. Raina* had in turn been previously accepted as related to *Saraf v. Ebix, Inc.*, No. 21-CV-1589.

     In the interests of judicial economy, counsel for the parties in all three cases are directed to confer with one another and, no later than **August 5, 2021**, to submit a joint letter addressing the parties' positions on how the Court should proceed with the new case, including whether *Votto v. Raina* should be consolidated with either *Calvo v. Raina* or *Saraf v. Ebix, Inc.* (or both), *see* Fed. R. Civ. P. 42; whether there is a need for a conference to discuss coordination of the three cases (or anything else); and anything else the parties think appropriately bears on the Court's management of the cases going forward.

     **The Clerk of Court is directed to docket this in 21-CV-1589 and 21-CV-4380 in addition to 21-CV-5982.**

     SO ORDERED.

Dated: July 15, 2021          _____
     New York, New York           JESSE M. FURMAN
                            United States District Judge