# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
(212) 735-2431
DIRECT FAX
(917)-777-2431
EMAIL ADDRESS
JULIE.COHEN@SKADDEN.COM

July 26, 2021

**VIA ECF**
The Honorable Jesse M. Furman
United States District Judge
United States District Court for the
 Southern District of New York
40 Foley Square, Room 2202
New York, New York 10007

*Application GRANTED. The Clerk of Court is directed to terminate ECF No. 56. SO ORDERED.*

*July 26, 2021*

RE: *Saraf v. Ebix, Inc., et al.*, C.A. No. 1:21-cv-01589-JMF

Dear Judge Furman:

    We write on behalf of all defendants in the above-captioned action (the "Action"). Pursuant to Rule 1.F of the Court's Individual Rules and Practices in Civil Cases, Defendants respectfully request an extension of the time to answer, move, or otherwise respond to the Amended Complaint to September 24, 2021.

    Following two letter motions for an extension of time to file an amended complaint (ECF Nos. 39, 52), Plaintiff filed the Amended Complaint in the Action on July 23, 2021 (ECF No. 53). The current deadline to answer, move, or otherwise respond to the Amended Complaint is August 6, 2021. Defendants request that this deadline be extended until September 24, 2021 in order to provide sufficient time to address the allegations in the Amended Complaint which Plaintiff was afforded additional time to incorporate. This is Defendants' first request for an extension of the time to respond to the Amended Complaint. Counsel for Plaintiff consents to Defendants' requested extension until September 24, 2021.

    There are currently no scheduled appearances before the Court.

July 26, 2021
Page 2

    We are available at Your Honor's convenience should the Court have any questions.

                              Respectfully submitted,

                              /s/ Julie E. Cohen

                              Julie E. Cohen

cc:    All Counsel of Record (via ECF)