**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RAHUL SARAF, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>EBIX, INC., ROBIN RAINA, and STEVEN M. HAMIL,<br><br>        Defendants. | Case No.: 1:21-cv-01589 (JMF)<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT** |

    PLEASE TAKE NOTICE that, upon the Amended Class Action Complaint, dated July 23, 2021; the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Class Action Complaint; the attached Declaration of Julie E. Cohen, dated September 24, 2021, and exhibits thereto; and upon all prior papers and proceedings herein, defendants Ebix, Inc., Robin Raina and Steven M. Hamil will move this Court, before the Honorable Jesse M. Furman, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and at a time designated by the Court, pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), and Section 21D(b)(1) of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(b)(1), for an Order dismissing the Amended Class Action Complaint with prejudice; and granting such other and further relief as this Court may deem just and proper.

Dated: New York, New York
September 24, 2021

/s/ *Julie E. Cohen*
Julie E. Cohen
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Phone: (212) 735-3000
Fax:  (212) 735-2000
julie.cohen@skadden.com

Paul J. Lockwood
Cliff C. Gardner
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Phone:  (302) 651-3000
Fax:  (302) 651-3005
paul.lockwood@skadden.com
cliff.gardner@skadden.com

*Attorneys for Defendants Ebix, Inc.,
Robin Raina and Steven M. Hamil*