UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
RAHUL SARAF, *individually and on behalf of all others* : 
*similarly situated*, :
: 21-CV-1589 (JMF)
Plaintiff, :
: ORDER
-v- :
:
EBIX INC. et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

In light of Defendants' new motion to dismiss, *see* Docket No. 64, Defendants' earlier motion to dismiss filed at Docket No. 58 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **November 12, 2021**. Defendants' reply, if any, is due by **November 19, 2021**.

The Clerk of Court is directed to terminate Docket No. 58.

SO ORDERED.

Dated: November 1, 2021
New York, New York                                    _____
                                                       JESSE M. FURMAN
                                                       United States District Judge